UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA VIRGINIA ALMANZAR,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

No. 16-CV-4352 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is the motion for judgment on the pleadings filed by the Commissioner. (See dkt. no. 9.) That motion was filed in November 2016, and Plaintiff has never filed any opposition. After a careful review of the Commissioner's moving papers, the Court agrees that substantial evidence in the administrative record supports the Commissioner's final decision that Plaintiff was not disabled. Accordingly, the Commissioner's motion for judgment on the pleadings [dkt. no. 9] is GRANTED. The Clerk of the Court shall (1) close this case and (2) mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:    September 27, 2021
            New York, New York

                                  *Loretta A. Preska*
                                  LORETTA A. PRESKA
                                  Senior United States District Judge