# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JUANA VIRGINA ALMANZAR,

              Plaintiff,              16 **CIVIL** 4352 (LAP)

     -against-              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

              Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2021, the Commissioner's motion for judgment on the pleadings (dkt. No.9) is granted; accordingly, this case is closed.

**Dated:**  New York, New York
         September 27, 2021

                                              **RUBY J. KRAJICK**

                                                               Clerk of Court

                               BY:

                                                                Deputy Clerk